E. MARTIN ESTRADA
United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
CEDINA M. KIM
Assistant United States Attorney
Senior Trial Attorney, Civil Division
PAUL SACHELARI, CSBN 230082
    Special Assistant United States Attorney
    Office of Program Litigation, Office 7
    Office of the General Counsel
    Social Security Administration
    6401 Security Boulevard
    Baltimore, MD 21235
    Tel: (510) 970-4853
    Fax: (415) 744-0134
    E-mail: Paul.Sachelari@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION

| | |
|---|---|
| CHARLIE LEE DUNN,<br><br>    Plaintiff,<br><br>v.<br><br>MARTIN O'MALLEY,<br><br>Commissioner of Social Security,<br><br>    Defendant. | No. 5:23-cv-01072-SP<br><br>JUDGMENT OF REMAND |

1  The Court having approved the parties' Stipulation to Remand for Further
2  Proceedings Pursuant to Sentence Four of 42 U.S.C. § 405(g) ("Stipulation to
3  Remand"), **IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the
4  above-captioned action is remanded to the Commissioner of Social Security for
5  further proceedings consistent with the Stipulation to Remand.

DATED: January 24, 2024    _____
　　　　　　　　　　　　　　　HON. SHERI PYM
　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE